**Fred CHISOM, Plaintiff—Appellant,**

v.

**CLALLAM BAY CORRECTIONS SUPERINTENDENT, Defendant—Appellee.**

No. 06–35263.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2007.*

Filed Nov. 26, 2007.

Fred Chisom, Shelton, WA, pro se.

Kimberly Frinell, Esq., Office of the Washington Attorney General, Criminal Justice Division, Olympia, WA, for Defendant–Appellee.

Before: TROTT, W. FLETCHER, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Washington state prisoner Fred Chisom appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging defendant denied him access to prison showers and yard activity. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Buono v.*

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*Norton,* 371 F.3d 543, 545 (9th Cir.2004), and we may affirm on any ground supported by the record, *Vestar Dev. II, LLC v. Gen. Dynamics Corp.,* 249 F.3d 958, 960 (9th Cir.2001).

The district court properly granted summary judgment, because Chisom failed to present evidence that defendant "acted with an intent or purpose to discriminate against [him] based upon membership in a protected class." *See Lee v. City of Los Angeles,* 250 F.3d 668, 686 (9th Cir.2001) (internal quotations omitted) (discussing Equal Protection claim requirements).

Chisom's remaining contentions are unpersuasive.

Chisom's July 18, 2006 motion objecting to appellees' brief is DENIED.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.